IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

MICHAEL A. BLACKMAN,

                    Petitioner,

     v.                                    ORDER

PETER HUIBREGTSE, MARY MILLER              07-C-592-S
and RICK RAEMISCH,

                    Respondents.

_____

     Petitioner requests that the above entitled matter be transferred to state court or in the alternative that he be allowed to withdraw this case so he can refile it in state court.  The Court will allow petitioner to dismiss this action without prejudice in order that he may refile it in state court.


                         ORDER

     IT IS ORDERED that petitioner's request to dismiss this action is GRANTED.

     IT IS FURTHER ORDERED that judgment is entered DISMISSING this action without prejudice.

     Entered this 31st day of October, 2007.

                         BY THE COURT:

                         /s/

                         _____
                         JOHN C. SHABAZ
                         District Judge